IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RUDY GONZALES, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV–17–763–BMJ |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | ) |
| Defendant. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Bernard M. Jones. Doc. 6. The Magistrate Judge recommended that the Court deny Plaintiff's Amended Motion to proceed in forma pauperis. Doc. 5. Since then, Plaintiff has paid the filing fee. In light of this, the Report and Recommendation is ADOPTED and Plaintiff's Motion is DENIED AS MOOT.

IT IS SO ORDERED this 1st day of September 2017.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE