# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RUDY GONZALES, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) Case No. CIV-17-0763-F ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | ) ) ) ) ) |
| Defendant. | ) |

## ORDER

Plaintiff Rudy Gonzales brings this action seeking judicial review of the Social Security Administration's denial of disability insurance benefits (DIB).

Magistrate Judge Bernard M. Jones issued a Report and Recommendation on March 30, 2018. Doc. no. 23 (the Report). The Report recommends that the Commissioner's decision denying disability insurance benefits be reversed and remanded for further proceedings. The Report reached that conclusion based primarily on the administrative law judge's deficient handling of the opinion of Dr. M. Stephen Wilson, M.D., a treating physician. The Commissioner objected to the Report. Doc. no. 24. Among other things, the Commissioner argued that even if the administrative law judge should have been more articulate with respect to Dr. Wilson's opinion as to specific functional capabilities, plaintiff failed to meet his burden to show reversible error. Doc. no. 24, p. 4.

Upon review of the Report, the record, and the relevant arguments and authorities, and having considered all objected to issues *de novo*, the court agrees

with the findings and recommendations in the Report. The court further finds that in light of the detailed analysis set forth in the Report, with which the court agrees, no purpose would be served by more discussion here.

Accordingly, after *de novo* consideration, the Commissioner's objections to the Report are **DENIED**, and the Report is **ACCEPTED**, **AFFIRMED** and **ADOPTED**. As recommended in the Report, the Commissioner's decision denying disability insurance benefits is **REVERSED** and **REMANDED** for further proceedings.

IT IS SO ORDERED this 1st day of June, 2018.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

17-0763p001.docx